B1 (Official Form 1) (12/11)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>SuperMedia Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Verizon Directories Disposition Corp.; Idearc Inc. | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>5175 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>N/A |
| Street Address of Debtor (No. and Street, City, and State):<br>2200 West Airfield Drive, P.O. Box 619810, D/FW Airport, Texas<br>ZIP CODE 75261 | Street Address of Joint Debtor (No. and Street, City, and State):<br>N/A<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Dallas County | County of Residence or of the Principal Place of Business:<br>N/A |
| Mailing Address of Debtor (if different from street address):<br>N/A<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>N/A<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☑ A plan is being filed with this petition.<br>☑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors  (Consolidated with Affiliates)

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets  (Consolidated with Affiliates)

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,000 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☑<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities  (Consolidated with Affiliates)

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,000 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☑<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): <br> SuperMedia Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) ||||
|---|---|---|
| Location <br> Where Filed:    Northern District of Texas | Case Number: <br> 09-31828 | Date Filed: <br> 05/31/2009 |
| Location <br> Where Filed: | Case Number: <br> N/A | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☑   Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual <br> whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br>     Signature of Attorney for Debtor(s)      (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____ <br>
(Name of landlord that obtained judgment)

_____ <br>
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)                                                                                                      Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>SuperMedia Inc. |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X   /s/ Pauline K. Morgan<br>   Signature of Attorney for Debtor(s)<br>   Pauline K. Morgan<br>   Printed Name of Attorney for Debtor(s)<br>   Young Conaway Stargatt & Taylor, LLP<br>   Firm Name<br><br>   Rodney Square, 1000 North King Street<br>   Wilmington, DE 19801<br>   Address<br>   (302) 571-6600<br>   Telephone Number<br>   03/18/2013<br>   Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Authorized Individual<br>   Samuel D. Jones<br>   Printed Name of Authorized Individual<br>   Executive Vice President, C.F.O., Treasurer<br>   Title of Authorized Individual<br>   03/18/2013<br>   Date | _____<br>Address<br><br>X _____<br>   Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## Schedule 1 to Voluntary Petition

## Affiliated Entities

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532.  Contemporaneously with the filings of these petitions, such entities filed a motion requesting joint administration of their chapter 11 cases.

SuperMedia Inc.

SuperMedia LLC

SuperMedia Sales Inc.

SuperMedia Services Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- X

*In re*

SuperMedia Inc., *et al.*,[1]

                    Debtors.

 :
 :
 :
 :
 :
 :
 :
 :
 :

Chapter 11

Case No. 13-[_____] ([____])

Joint Administration Requested

---------------------------------------------------------- X

## EXHIBIT "A" TO VOLUNTARY PETITION

1.      SuperMedia Inc.'s securities are registered under section 12 of the Securities Exchange Act of 1934; the SEC file number is 0001367396.

2.      SuperMedia Inc. and its subsidiaries file consolidated financial statements.  The following financial data is the latest available information and refers to the Debtors' condition.

  a.  Total assets (as of September 30, 2012)       $1.4 billion

  b.  Total debts (as of September 30, 2012)       $1.9 billion

  c.  Debt securities held by more than 500 holders       None

  d.  Number of shares of preferred stock       None

|  |  | Approximate Number of Holders |
|---|---|---|
| e. | Number of shares of common stock (as of March 14, 2013):  15,664,432 | 174 |

3.      Brief description of the Debtors' business: Through their various companies, the Debtors manage and deliver print, online and wireless publishing and advertising services on multiple platforms, including: yellow pages, white pages, magazines, online directors and search

---

[1]    The last four digits of the Debtor's tax identification number are 5175.  For the purpose of these chapter 11 cases, the service address for the Debtor is:  2200 West Airfield Drive, P.O. Box 619810, D/FW Airport, Texas, 75261.

services, website design and hosting services, direct mail and information services for wireless subscribers.

4.      The following table is a list of the names of any person who, based upon information provided to the Debtors, directly or indirectly owns, controls, or holds with power to vote, 5% or more of the voting securities of SuperMedia Inc., as of March 14, 2013:

- Paulson & Co. Inc.
- Restructuring Capital Associates, L.P.
- Hayman Capital Management, L.P.
- Schultze Asset Management, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------- X
                                                        :
In re                                                   :     Chapter 11
                                                        :
SuperMedia Inc., et al.,¹                               :     Case No. 13-[_____] ([____])
                                                        :
                              Debtors.                  :     Joint Administration Requested
                                                        :
                                                        :
                                                        :
------------------------------------------------------- X
```

**CORPORATE OWNERSHIP STATEMENT**
**AND LIST OF EQUITY SECURITY HOLDERS**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of SuperMedia Inc. in the above-captioned case certifies that, based on information made available to the Corporation, Paulson & Co. Inc. owns 16.6% of the equity interests in SuperMedia Inc. and Restructuring Capital Associates, L.P. owns 10.8% of the equity interests in SuperMedia Inc., as of March 14, 2013.

*[Signature Page Follows]*

---

[1]     The last four digits of the Debtor's tax identification number are 5175.  For the purpose of these chapter 11 cases, the service address for the Debtor is:  2200 West Airfield Drive, P.O. Box 619810, D/FW Airport, Texas, 75261.

Dated: March 18, 2013

Name: Samuel D. Jones
Title: Executive Vice President,
Chief Financial Officer and
Treasurer, SuperMedia Inc.

*[Signature Page to SuperMedia Inc. Corporate Ownership Statement and List of Equity Security Holders]*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------- X
                                                         :
In re                                                    :    Chapter 11
                                                         :
SuperMedia Inc., et al.,¹                                :    Case No. 13-[_____] ([____])
                                                         :
                                      Debtors.           :    Joint Administration Requested
                                                         :
                                                         :
                                                         :
                                                         :
------------------------------------------------------- X
```

**CONSOLIDATED LIST OF CREDITORS
<u>HOLDING THE 30 LARGEST UNSECURED CLAIMS</u>**

       The following is a consolidated list of creditors holding the thirty (30) largest unsecured claims against the above-captioned debtor and affiliated debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") in the above-referenced chapter 11 cases commenced on the date hereof (the "<u>Top 30 List</u>"). The Top 30 List has been prepared from the unaudited books and records of the Debtors, and reflects amounts from such records as of March 14, 2013. The Debtors file this Top 30 List in accordance with Federal Rule of Bankruptcy Procedure 1007(d) and District of Delaware Local Rule Bankruptcy Rule 1007-2. The Top 30 List does not include (1) "insiders", as defined in 11 U.S.C. § 101, or (2) secured creditors, unless an unsecured portion of a secured creditor's claim based on collateral value places the secured creditors among the holders of the top thirty (30) largest unsecured claims. The information listed on this list are estimates and shall not be binding upon any of the Debtors, and shall not constitute any Debtors' admission of liability. Each of the claims listed herein is subject to additional and customary offsets, rebates, discounts, reconciliations, or credits, as appropriate.

| Name of Creditor | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, Etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed or Subject to Setoff | Amount of Claim ($) |
|---|---|---|---|---|
| GOOGLE INC | Dept 33654<br>P.O. Box 39000<br>San Francisco, CA 94139 | Trade Debt | Unliquidated | 3,746,534.29 |
| PRODUCT DEVELOPMENT CORP | 20 Ragsdale Dr.<br>Suite 100<br>Monterey, CA 93940 | Trade Debt | Unliquidated | 2,796,334.09 |

---

¹      The last four digits of the Debtor's tax identification number are 5175. For the purpose of these chapter 11 cases, the service address for the Debtor is: 2200 West Airfield Drive, P.O. Box 619810, D/FW Airport, Texas, 75261.

| Name of Creditor | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, Etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed or Subject to Setoff | Amount of Claim ($) |
|---|---|---|---|---|
| CHARTIS INSURANCE | P.O. Box 10472<br>Newark, NJ  07193 | Trade Debt | Unliquidated | 2,028,792.01 |
| WEB.COM GROUP INC | 12808 Gran Bay Pkwy West<br>Jacksonville, FL  32258 | Trade Debt | Unliquidated | 1,240,697.00 |
| DIRECTORY DISTRIBUTING ASSOCIATES INC | P.O. Box 338<br>Hazelwood, MO  63042 | Trade Debt | Unliquidated | 1,199,319.08 |
| RR DONNELLEY & SONS COMPANY | 22955 Network Place<br>Chicago, IL  60673-1229 | Trade Debt | Unliquidated | 1,013,360.42 |
| ADMARKETPLACE INC | 55 Broad Street<br>23rd Floor<br>New York, NY  10004 | Trade Debt | Unliquidated | 1,007,621.60 |
| TCS AMERICA | 12977 Collections Center Drive<br>Chicago, IL  60693 | Trade Debt | Unliquidated | 841,121.42 |
| PREMIER DELIVERY SERVICE INC | 2010 48 Ave Ct E<br>Fife, WA  98424 | Trade Debt | Unliquidated | 760,982.25 |
| SALESFORCE.COM INC | P.O.  Box 203141<br>Dallas, TX  75320-3141 | Trade Debt | Unliquidated | 748,900.00 |
| xAD INC | Dept La 23812<br>Pasadena, CA  91185-3812 | Trade Debt | Unliquidated | 473,644.64 |
| FINDOLOGY INTERACTIVE MEDIA INC | 1158 26th St #464<br>Santa Monica, CA  90403 | Trade Debt | Unliquidated | 354,445.42 |
| ALTERNATE POSTAL DIRECT INC | 12495 34th Street N<br>Unit D<br>St. Petersburg, FL  33716 | Trade Debt | Unliquidated | 817,575.46 |
| ADVANTAGE TECHNICAL RESOURCING INC | P.O. Box 4785<br>Boston, MA  02212 | Trade Debt | Unliquidated | 340,633.14 |
| MERIDIAN IT SOLUTIONS INC | 23618 Network Place<br>Chicago, IL  60673-1236 | Trade Debt | Unliquidated | 311,742.51 |
| JINGLE NETWORKS INC | 520 Pike St.<br>Suite 2000<br>Seattle, WA  98101 | Trade Debt | Unliquidated | 237,176.06 |
| YAHOO! SEARCH MARKETING PTY LTD | Exchange Center Branch<br>Sydney, Nsw<br>Nsw2000 | Trade Debt | Unliquidated | 223,906.22 |
| NIPPON PAPER INDUSTRIES USA CO LTD | P.O. Box 1626<br>Tacoma, WA  98411-6626 | Trade Debt | Unliquidated | 196,651.25 |
| ACCENTURE LLP | 161 N Clark St.<br>Chicago, IL  60601 | Trade debt | Unliquidated | 175,624.00 |

| Name of Creditor | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, Etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed or Subject to Setoff | Amount of Claim ($) |
|---|---|---|---|---|
| CAREMARK PRESCRIPTION SVC | P.O. Box 840336 Dallas, TX  75284 | Trade Debt | Unliquidated | 170,267.18 |
| INFOGROUP INC | P.O. Box 3603 Omaha, NE  68103-0603 | Trade Debt | Unliquidated | 147,989.01 |
| LETS SEE WHAT STICKS LLC | 455 South 4th Street Suite 310 Louisville, KY  40202 | Trade Debt | Unliquidated | 144,945.36 |
| SIRIUS COMPUTER SOLUTIONS | 10100 Reunion Place Ste 500 San Antonio, TX 78216 | Trade Debt | Unliquidated | 134,013.49 |
| LOCAL.COM | One Technology Dr Building G Irvine, CA  92618 | Trade Debt | Unliquidated | 122,452.13 |
| CATALYST PAPER (USA) INC | 5878 Collection Center Drive Chicago, IL  60693 | Trade Debt | Unliquidated | 118,951.20 |
| TELETECH | Bank Of America 12720 Collections Center Drive Chicago, IL  60693 | Trade Debt | Unliquidated | 110,352.10 |
| FREE PROMOS DAILY, INC. | 5603 Sloan Pl Calabasas, CA  91302 | Trade Debt | Unliquidated | 100,410.77 |
| MCCR INC | 1720 Regal Row Suite 117 Dallas, TX  75235 | Trade Debt | Unliquidated | 97,875.00 |
| DEALIX CORPORATION | ADP Dealer Services P.O. Box 88921 Chicago, IL  60695-1921 | Trade Debt | Unliquidated | 97,568.00 |
| VERIZON | P.O. Box 101226 Atlanta, GA  30392-1226 | Contract | Partially contingent, unliquidated and disputed | Unknown |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------- X
                                              :
In re                                         :          Chapter 11
                                              :
SuperMedia Inc., et al.,¹                     :          Case No. 13-[_____] ([____])
                                              :
                         Debtors.             :          Joint Administration Requested
                                              :
                                              :
                                              :
-------------------------------------------------------- X
```

## DECLARATION CONCERNING THE CONSOLIDATED LIST
## OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

I, the undersigned authorized director of SuperMedia Inc. in the above-captioned case (the "Debtor"), declare under penalty of perjury that I have read the foregoing consolidated list of creditors holding the thirty (30) largest unsecured claims against the Debtor and certain of its affiliated debtors and debtors-in-possession, and that it is true and correct to the best of my information and belief.

*[Signature Page Follows]*

---

[1]    The last four digits of the Debtor's tax identification number are 5175.  For the purpose of these chapter 11 cases, the service address for the Debtor is:  2200 West Airfield Drive, P.O. Box 619810, D/FW Airport, Texas, 75261.

Dated:  March 18, 2013

Name: Samuel D. Jones
Title: Executive Vice President,
Chief Financial Officer and
Treasurer, SuperMedia Inc.

*[Signature Page to SuperMedia Inc. Declaration Concerning the Consolidated List of Creditors Holding 30 Largest Unsecured Claims]*

# SUPERMEDIA INC.

## BOARD OF DIRECTORS
## RESOLUTIONS

### March 15, 2013

I, Samuel D. Jones, a duly authorized officer of SuperMedia Inc., a Delaware corporation (the "Corporation"), hereby certify that a special telephonic meeting of the Board of Directors of the Corporation (the "Board") duly called and held on March 15, 2013, pursuant to notice duly given in accordance with the By-Laws of the Corporation, the Board duly adopted the following resolutions in accordance with the requirements of the Delaware General Corporation Law and that said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

**WHEREAS**, SuperMedia Inc., a Delaware corporation (the "Corporation"), is party to, and the Board of Directors of the Corporation (the "Board") has approved, that certain Amended and Restated Agreement and Plan of Merger, dated as of December 5, 2012 (the "Merger Agreement"), by and among the Corporation, Dex One Corporation ("Dex"), NewDex, Inc., a Delaware corporation and a wholly owned subsidiary of Dex ("Newco"), and Spruce Acquisition Sub, Inc., a Delaware corporation and a wholly owned subsidiary of Newco ("Spruce Merger Sub"), pursuant to which (i) Dex will merge with and into Newco, with Newco continuing as the surviving entity (the "Dex Merger"), and (ii) immediately following the consummation of the Dex Merger, Spruce Merger Sub will merge with and into the Corporation, with the Corporation continuing as the surviving entity (the "SuperMedia Merger," and together with the Dex Merger, the "Merger");

**WHEREAS**, the Corporation is party to, and the Board has approved, that certain Support and Limited Waiver Agreement, dated as of December 5, 2012 (the "Support Agreement"), by and among the Corporation, certain subsidiaries of the Corporation, certain lenders under the Corporation's senior secured credit facility, as amended (the "Consenting Lenders"), and JPMorgan Chase Bank, N.A., pursuant to which the Corporation agreed to take certain steps in furtherance of the Merger Agreement and the transactions contemplated thereby, including reasonably necessary and appropriate actions to obtain executed signature pages to the Support Agreement and certain amendments to the Corporation's senior secured credit facility as set forth in the Support Agreement from lenders holding 100% of the loans under the senior secured credit facility and the solicitation of votes on a prepackaged plan of reorganization of the Corporation and certain subsidiaries under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), as amended, attached to the Support Agreement (as may be altered, amended, modified, or supplemented from time to time, including the plan supplement and all exhibits, supplements, appendices, and schedules, the "Prepackaged Plan"), and the Consenting Lenders agreed to support such steps taken by the Corporation and vote to accept the Prepackaged Plan in accordance with the terms set forth in the Support Agreement;

**WHEREAS**, the Prepackaged Plan has been submitted to the stockholders of the Corporation (the "Stockholders") and the lenders under the Corporation's senior secured credit facility (the "Secured Lenders"), and the classes of Stockholders and Secured Lenders have

voted to accept the Prepackaged Plan in the amount and number required by the Bankruptcy Code; and

**WHEREAS**, because the Corporation has not obtained the unanimous approval of the Secured Lenders to the proposed amendments to the Corporation's senior secured credit facility, the Board has determined that it is necessary to file a petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code in order to consummate the Merger and related transactions (collectively, the "Transaction") through the Prepackaged Plan;

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Board, it is desirable and in the Corporation's best interest, and the interests of the Corporation's creditors, employees, and other interested parties, that the Corporation file a petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code, and, upon the occurrence of the effective date of the Prepackaged Plan, to consummate the Transaction;

**FURTHER RESOLVED**, that each of the President and Chief Executive Officer, the Executive Vice President, Chief Financial Officer and Treasurer, and the Executive Vice President, General Counsel and Secretary of the Corporation (collectively, the "Authorized Officers"), is hereby authorized, empowered, and directed, in the name of and on behalf of the Corporation, to execute and verify petitions and amendments thereto under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware at such time as any such Authorized Officer shall determine;

**FURTHER RESOLVED**, that the law firm of Cleary Gottlieb Steen & Hamilton LLP is hereby engaged as attorneys for the Corporation, under a general retainer, in the chapter 11 case of the Corporation (the "Chapter 11 Case"), subject to any requisite bankruptcy court approval, to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code and related matters, and to take any and all action to advance the Corporation's rights and obligations; and, in connection therewith, the Authorized Officers are hereby authorized, empowered, and directed, for and on behalf of the Corporation, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and cause to be filed an appropriate application for authority to retain the services of Cleary Gottlieb Steen & Hamilton LLP;

**FURTHER RESOLVED**, that the law firm of Fulbright & Jaworski L.L.P. is hereby engaged as attorneys for the Corporation, under a general retainer, in the Chapter 11 Case, subject to any requisite bankruptcy court approval, to act as special counsel and assist the Corporation in the Chapter 11 Case and related matters, and to take any and all action to advance the Corporation's rights and obligations; and, in connection therewith, the Authorized Officers are hereby authorized, empowered, and directed, for and on behalf of the Corporation, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and cause to be filed an appropriate application for authority to retain the services of Fulbright & Jaworski L.L.P.;

**FURTHER RESOLVED**, that the law firm of Young Conaway Stargatt & Taylor LLP is hereby engaged as attorneys for the Corporation, under a general retainer, in the Chapter 11

Case, subject to any requisite bankruptcy court approval, to act as Delaware counsel and assist the Corporation in the Chapter 11 Case and related matters, and to take any and all action to advance the Corporation's rights and obligations; and, in connection therewith, the Authorized Officers are hereby authorized, empowered, and directed, for and on behalf of the Corporation, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and cause to be filed an appropriate application for authority to retain the services of Young Conaway Stargatt & Taylor LLP;

**FURTHER RESOLVED**, that the financial and restructuring firm Chilmark Partners, LLC, which has been engaged by the Board, is hereby authorized and directed to make itself available to the Corporation and perform any and all actions in connection with the Chapter 11 Case with a view to the successful prosecution of the Chapter 11 Case;

**FURTHER RESOLVED**, that the Authorized Officers are hereby authorized, empowered, and directed, for and on behalf of the Corporation, to engage and employ Epiq Bankruptcy Solutions, LLC, as may be necessary, proper, or desirable and subject to any requisite bankruptcy court approval, including, without limitation, to act as administrative advisor and solicitation and noticing agent for the Corporation in the Chapter 11 Case and to perform other tasks related to the Corporation's Chapter 11 Case;

**FURTHER RESOLVED**, that the Authorized Officers are hereby authorized, empowered, and directed, in the name of and on behalf of the Corporation, to engage and employ such other law firms, consultants, or companies as may be necessary, proper, or desirable, and subject to any requisite bankruptcy court approval, including without limitation, to act as special and conflicts counsel for the Corporation, under a general retainer, to assist the Corporation in the Chapter 11 Case, and to perform tasks related to the Corporation's Chapter 11 Case;

**FURTHER RESOLVED**, that the Authorized Officers, and any employees or agents (including counsel) designated by or directed by any such Authorized Officer, are hereby authorized, empowered, and directed, in the name of and on behalf of the Corporation, to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to perform any and all further acts and deeds the Authorized Officers deem necessary, proper, or desirable in connection with the Chapter 11 Case with a view to the successful prosecution of the Chapter 11 Case, such determination to be conclusively evidenced by the taking of such action;

**FURTHER RESOLVED**, that in connection with the commencement of the Chapter 11 Case by the Corporation, the Authorized Officers are hereby authorized, empowered, and directed, in the name of and on behalf of the Corporation, to negotiate, execute, and deliver a cash collateral stipulation on the terms and conditions such officer or officers executing the same may consider necessary, proper, or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Corporation and any affiliates;

**FURTHER RESOLVED**, that the Authorized Officers, and any employees or agents (including counsel) designated by or directed by any such Authorized Officer, are hereby authorized, empowered, and directed, in the name of and on behalf of the Corporation, to cause the Corporation to enter into, execute, deliver, certify, file, record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certifications, or other documents and to take such other actions, as in the judgment of such officer shall be or become necessary, proper, or desirable to effect the successful prosecution of the Chapter 11 Case;

**FURTHER RESOLVED**, that in the judgment of the Board, it is desirable and in the Corporation's and its subsidiaries' best interest, and the interests of the Corporation's and its subsidiaries' creditors, employees, and other interested parties, that the Corporation authorize each of its direct and indirect subsidiaries (other than SuperMedia UK, Ltd.) to file a petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code simultaneously with the Chapter 11 Case;

**FURTHER RESOLVED**, that the Authorized Officers are hereby authorized, empowered, and directed, in the name of and on behalf of the Corporation, to take all such further actions, including, but not limited to, (i) the negotiation of such additional agreements, amendments, supplements, reports, documents, instruments, applications, notes, or certificates not now known but which may be required, (ii) the negotiation of such changes and additions to any agreements, amendments, supplements, reports, documents, instruments, applications, notes, or certificates currently existing, (iii) the execution, delivery, and filing (if applicable) of any of the foregoing, and (iv) the payment of all fees, consent payments, taxes, and other expenses as any such officer, in his or her sole discretion, may approve or deem necessary, proper, or desirable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings, and payments to be conclusive evidence of such approval or that such officer deemed the same to be so necessary, proper, or desirable; and that all such actions, executions, deliveries, filings, and payments taken or made at any time in connection with the transactions contemplated by the foregoing resolutions hereby are approved, adopted, ratified, and confirmed in all respects as the acts and deeds of the Corporation as if specifically set out in these resolutions; and

**FURTHER RESOLVED**, that any and all past actions heretofore taken by officers or directors of the Corporation or its subsidiaries in the name and on behalf of the Corporation or its subsidiaries in furtherance of any or all of the preceding resolutions be, and the same hereby are, approved, adopted, ratified, and confirmed.

Dated this fifteenth day of March, 2013.

By: Samuel D. Jones
Title: Executive Vice President,
Chief Financial Officer and
Treasurer

*[Signature Page to Board of Directors Resolutions]*