**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Super Media Inc., *et al1*., | : | Case No. 13-10545 (KG) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | RE: D.I. _____ |

**ORDER GRANTING MOTION OF CLIFTON SAVINGS BANK, SLA FOR RELIEF
FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) AND/OR
THE PLAN INJUNCTION AS APPLICABLE AND A NECESSARY**

Upon consideration of the Motion of Clifton Savings Bank, SLA ("Clifton") For Relief From The Automatic Stay Pursuant To 11 U.S.C. § 362(D) And/Or The Plan Injunction As Applicable And A Necessary (the "Motion")[2;] and adequate notice of such Motion having been given; and sufficient legal and factual bases existing for the relief requested,

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is granted in its entirety.

2.  Clifton is granted relief from the automatic stay pursuant to 11 U.S.C. § 362(d) and the plan injunction to exercise any and all rights and remedies available as to the Property including but not limited to foreclosure.

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: SuperMedia Inc. (5175), SuperMedia LLC (6092), SuperMedia Services Inc. (2834), and SuperMedia Sales Inc. (4411).  For the purpose of these chapter 11 cases, the service address for the Debtor is: 2200 West Airfield Drive, P.O. Box 619810, D/FW Airport,Texas 75261.

2 Capitalized terms not otherwise defined herein shall have the same meanings ascribed to the in the Motion.

3. This Court shall retain jurisdiction over the Motion with respect to any matters related to or arising from the Motion or the implementation of this Order.

Date: _____, 2013  
      Wilmington, Delaware

_____  
The Honorable Kevin Gross  
Chief, United States Bankruptcy Judge